UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF USA (REFENDARY QUI TAM MARCAL HONDA), Delegate of the State Police of Sao Paulo,<br><br>       Plaintiff,<br><br>  -against-<br><br>DANIEL SILVA PASSOS, Lawyer of AGU (Attorney General Office of the Union); ALEXANDRE DE MORAES; ANTONIO CARLOS CEDENHO; LUIS FERNANDO VALIM WEFFORT,<br><br>       Defendants. | 20-CV-3977 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued June 15, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for lack of statutory standing and under 28 U.S.C. § 1915(e)(2)(B)(ii).

  Plaintiff has consented to receive electronic service of Court documents. (ECF No. 3.)

SO ORDERED.

Dated: June 15, 2020
    New York, New York

                _Louis L. Stanton_
                  Louis L. Stanton
                    U.S.D.J.